Benjamin M. Lopatin, Esq. (SBN 281730)
EGGNATZ, LOPATIN & PASCUCCI, LLP
2201 Market Street, Suite H
San Francisco, California 94114
Telephone: (415) 324-8620
Facsimile: (415) 520-2262
Email: blopatin@elplawyers.com

*Counsel for Plaintiffs*

Amanda L. Groves (SBN: 187216)
agroves@winston.com
Sean D. Meenan (SBN: 260466)
smeenan@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID KORN and TINA MARY BRUNELLO, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>SNYDER'S-LANCE, INC., a North Carolina corporation,<br><br>    *Defendant*. | **Case No. 3:15-cv-02593-EDL**<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Magistrate Judge Elizabeth D. Laporte |

Case No. 3:15-cv-02593-EDL

Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice, it is hereby ordered that this case shall be dismissed with prejudice.

PURSUANT TO THE JOINT STIPULATION, IT IS SO ORDERED.

Dated: 10/19/2016

_____
Magistrate Judge Elizabeth D. Laporte
United States District Court

Case No. 3:15-cv-02593-EDL

- 2 -

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on October 18, 2016, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send copies to all counsel of record.

                                */s/ Benjamin M. Lopatin*
                                Benjamin M. Lopatin

Case No. 3:15-cv-02593-EDL